No. 76–1212. SCIBELLI *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would grant certiorari.

No. 76–1438. CATAMORE ENTERPRISES, INC. *v.* INTERNATIONAL BUSINESS MACHINES CORP. C. A. 1st Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 76–6571. WOODKINS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would vacate the death sentence in this case.

No. 75–1301. DELAWARE TRIBAL BUSINESS COMMITTEE ET AL. *v.* WEEKS ET AL., 430 U. S. 73;

No. 75–1335. ABSENTEE DELAWARE TRIBE OF OKLAHOMA BUSINESS COMMITTEE ET AL. *v.* WEEKS ET AL., 430 U. S. 73;

No. 75–1495. ANDRUS, SECRETARY OF THE INTERIOR, ET AL. *v.* WEEKS ET AL., 430 U. S. 73;

No. 76–1090. COOK *v.* UNITED STATES, 430 U. S. 983;

No. 76–1213. WOODS *v.* UNITED STATES, 430 U. S. 969;

No. 76–5933. FILMON *v.* FLORIDA, 430 U. S. 980;

No. 76–6181. SELLMAN *v.* UNITED STATES, 430 U. S. 972;

No. 76–6272. SWEETWINE *v.* WARDEN, MARYLAND PENITENTIARY, 430 U. S. 973; and

No. 76–6354. DOBBS *v.* GEORGIA, 430 U. S. 975. Petitions for rehearing denied.